

# NUMBER 13-22-00210-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

THEODORE CHAVARRIA,                                                        Appellant,

v.

CORPUS CHRISTI REGIONAL
TRANSPORTATION AUTHORITY,                                          Appellee.

**On appeal from the 214th District Court
of Nueces County, Texas.**

# MEMORANDUM OPINION

**Before Justices Benavides, Hinojosa, and Silva
Memorandum Opinion by Justice Benavides**

On May 5, 2022, appellant filed a notice of appeal. On June 6, 2022, the Clerk of

the Court notified appellant that he was delinquent in remitting a $205.00 filing fee. The

Clerk of this Court notified appellant the appeal was subject to dismissal if the filing fee

was not paid within ten days from the date of the letter. *See* TEX. R. APP. P. 42.3(c).

Appellant has not paid the filing fee nor otherwise responded to the notice from the Clerk of the Court requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* 42.3(b), (c).

GINA M. BENAVIDES
Justice

Delivered and filed on the
25th day of August, 2022.